41 So.2d 912

**Hymie MILLER v. Sarah COPLAN, Guardian.**

**6 Div. 765.**

Supreme Court of Alabama.

April 19, 1949.

David S. Satterwhite, of Birmingham, for appellant.

Berkowitz, Fleisher & Miller, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

39 So.2d 923

**Henry Daucey PICCOLA v. Samuel T. PICCOLO.**

**4 Div. 520.**

Supreme Court of Alabama.

Feb. 9, 1949.

W. G. Hardwick, of Dothan, for appellant.

T. E. Buntin, of Dothan, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

See, also, 251 Ala. 483, 38 So.2d 12.

40 So.2d 914

**Betty ROBERTS et al. v. Lyman PAYNE et al.**

**8 Div. 464.**

Supreme Court of Alabama.

March 23, 1949.

Julian Harris and Norman W. Harris, both of Decatur, for appellants.

J. Clewis Trucks, of Fairfield, and Peach, Caddell & Shanks, of Decatur, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

40 So.2d 914

**Charles E. ROBERTSON v. M. C. STALLWORTH.**

**I Div. 296.**

Supreme Court of Alabama.

April 7, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

40 So.2d 914

**James ROUSSOS et al. v. LOCAL UNION NO. 364, A. F. OF L. BARTENDERS & WAITRESSES et al.**

**I Div. 353.**

Supreme Court of Alabama.

April 28, 1949.

PER CURIAM.

Appeal dismissed, motion of appellants.

41 So.2d 912

**Robert SEABOURNE v. Audrey JONES.**

**8 Div. 501.**

Supreme Court of Alabama.

May 26, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.